FILED
2009 Mar-03 PM 01:38
U.S. DISTRICT COURT
N.D. OF ALABAMA

# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ALABAMA
# EASTERN DIVISION

| | |
|---|---|
| RAYMOND HINSON, | ) |
| Petitioner, | ) |
| v. | ) Case No. 1:08-cv-02138-JHH-JEO |
| WARDEN J.C. GILES, RICHARD ALLEN, and THE ATTORNEY GENERAL OF THE STATE OF ALABAMA, | ) |
| Respondents. | ) |

## ORDER

In accordance with the Memorandum Opinion entered contemporaneously herewith, the petition for a writ of habeas corpus filed by Raymond Hinson (doc. 1) is **DISMISSED WITHOUT PREJUDICE**.

**DONE** this the ___3rd___ day of March, 2009.

_____
SENIOR UNITED STATES DISTRICT JUDGE